UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FARIDEH HOSSEINZADEH, ET AL.,                25-cv-10187 (JGK)

                Plaintiffs,              ORDER

       - against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

The plaintiffs, who are proceeding pro se, paid the filing fees to commence this action.

Summonses have issued as to each defendant. The plaintiffs are directed to serve the summonses and complaint on each defendant within ninety days of the issuance of the summonses.[1] To the extent the plaintiffs seek to sue the defendants in their official capacities, the plaintiffs must serve the defendants in the manner prescribed by Federal Rule of Civil Procedure 4(i)(2).

If within those ninety days, the plaintiffs have not served the defendants or requested an extension of time to do so, the

---

[1] Although Federal Rule of Civil Procedure 4(m) ordinarily requires that a summons be served within ninety days of the date the complaint is filed, the summons in this case did not issue when the plaintiffs filed their petition for writ of mandamus because they had not paid the filing fee. The Court therefore extends the time to serve until ninety days after the date the summons issued.

Court may dismiss the claims against the defendants for failure to prosecute.

**SO ORDERED.**

**Dated:**    **New York, New York**
          **December 17, 2025**

_____
          **John G. Koeltl**
**United States District Judge**